**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:04CV599**

| | | |
|---|---|---|
| **JEROME FREDERICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding a Motions Hearing.  The hearing originally set for **April 17, 2007** must be rescheduled.

     **IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **May 22, 2007** prepared to report on the status of this case and to argue the merits of Defendant's "Motion for Summary Judgment" (Document No. 12), and any other motions pending at that time.  The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

     **SO ORDERED**.

Signed: April 12, 2007

David C. Keesler
United States Magistrate Judge