# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerome Frederick,

    Plaintiff(s),

vs.

City of Charlotte,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-599

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2007 Order.

**Signed: September 11, 2007**

Frank G. Johns, Clerk
United States District Court